UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

CIVIL ACTION NO. 7:08-102-KKC

HAROLD V. SCHOPPLEIN,           PLAINTIFF

v.           **JUDGMENT**

MICHAEL J. ASTRUE,
Commissioner of Social Security,           DEFENDANT

\* \* \* \* \* \* \* \*

In accordance with Federal Rule of Civil Procedure 58 and sentence four of 42 U.S.C. § 405(g), it is **HEREBY ORDERED** that:

(1)     The Plaintiff's Motion for Summary Judgment is **DENIED**;

(2)     The Defendant's Motion for Summary Judgment is **GRANTED**;

(3)     This action is **STRICKEN** from the active docket of the Court; and

(4)     This is a **FINAL AND APPEALABLE** order and no just cause for delay exists.

Dated this 14th day of October, 2008.

Signed By:

*Karen K. Caldwell* KKC

**United States District Judge**